```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 03647
   JOHN H BARFIELD JR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1349

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 03/02/2007 and was confirmed 05/21/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.00%.

       The case was converted to chapter 7 after confirmation 09/05/2007.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
 AMERICAN GENERAL FINANCE  SECURED              2934.00          102.26         304.47
 AMERIFIRST HOME IMPROVEM  CURRENT MORTG           .00              .00            .00
 AMERIFIRST HOME IMPROVEM  MORTGAGE ARRE         10.00              .00            .00
 COOK COUNTY TREASURER     SECURED              1958.69            .00          270.00
 GMAC MORTGAGE             CURRENT MORTG           .00              .00            .00
 GMAC MORTGAGE             UNSECURED         NOT FILED             .00            .00
 GMAC MORTGAGE             MORTGAGE ARRE           .00              .00            .00
 WELLS FARGO AUTO FINANCE  SECURED VEHIC      16800.00          401.09         1270.39
 WELLS FARGO AUTO FINANCE  UNSECURED           7218.65              .00            .00
 WELLS FARGO AUTO FINANCE  SECURED                 .00              .00            .00
 JACKSON PARK HOSPITAL     UNSECURED         NOT FILED             .00            .00
 CITY OF CHICAGO PARKING   UNSECURED           1720.00             .00            .00
 EMERG ROOM PHYSICIANS     UNSECURED         NOT FILED             .00            .00
 ST JAMES HOSPITAL         UNSECURED         NOT FILED             .00            .00
 ASSET ACCEPTANCE LLC      UNSECURED            228.16              .00            .00
 ASSET ACCEPTANCE LLC      UNSECURED            319.57              .00            .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED            474.24              .00            .00
 ILLINOIS DEPT OF REVENUE  PRIORITY             1221.05             .00            .00
 ILLINOIS DEPT OF REVENUE  UNSECURED            134.21              .00            .00
 WELLS FARGO AUTO FINANCE  SECURED NOT I           .00              .00            .00
 ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         84.00              .00          84.00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,500.00                          892.27
 TOM VAUGHN                TRUSTEE                                              232.37
 DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE               3,556.85

 PRIORITY                                      84.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 03647 JOHN H BARFIELD JR
```

```
SECURED                                                  1,844.86
    INTEREST                                               503.35
UNSECURED                                                     .00
ADMINISTRATIVE                                             892.27
TRUSTEE COMPENSATION                                       232.37
DEBTOR REFUND                                                 .00
                              ---------------     ---------------
TOTALS                              3,556.85            3,556.85
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```